REMINGTON et al., Respondents, v. SUMMERVILLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Charles R. Remington and others, as executors, etc., against Ida R. Summerville and others.

PER CURIAM. Judgment modified, by striking out the paragraphs of the judgment numbered 2 and 3, and in lieu thereof adjudging that there is no unlawful accumulation under the provisions of the will, and directing that whatever income remains be paid over with the principal to the Remington Institute, as is provided in the paragraph numbered 4 in the judgment; and, as so modified, the judgment is affirmed, without costs of this appeal to any party.

RICHARDS v. ROBIN et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Eugene L. Richards as superintendent, etc., against Joseph C. Robin and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 822.

RIPBERGER, Respondent, v. A. E. NETTLETON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Louis Ripberger, an infant, etc., against the A. E. Nettleton Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

ROCKWOOD v. STEWART MINING CO. et al. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Nash Rockwood, individually, etc., against the Stewart Mining Company and others. No opinion. Motion granted, and order signed.

RODRIGUEZ v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Santiago Rodriguez against the Interborough Rapid Transit Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 85 Misc. Rep. 366, 147 N. Y. Supp. 242.

ROOT v. PULITZER et al. (two cases). (Supreme Court, Appellate Division, First Department. June 19, 1914.) Actions by W. Russell Root, individually, etc., against Walter Pulitzer and others. No opinion. Motions granted, unless appellants comply with terms stated in orders. Orders filed.

ROSENBAUM, Respondent, v. SUN PRINTING & PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Edith L. Rosenbaum against the Sun Printing & Publishing Company. J. M. Beck, of New York City, for appellant. J. W. Osborne, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the respondent stipulates to reduce the verdict to $5,000, in which event the judgment, as so reduced, and the order appealed from, are affirmed, without costs. Settle order on notice.

ROSENFELD, Appellant, v. PECK, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Solomon Rosenfeld against Samuel W. Peck. M. D. Steuer, of New York City, for appellant. S. Kohn, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 App. Div. 924, 135 N. Y. Supp. 1139.

ROSENSTEIN, Respondent, v. McCUTCHEON, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Meyer Rosenstein against James McCutcheon.

PER CURIAM. The proofs in this case fail to show any causal connection between the accident and the alleged defects in the appliances of the elevator. It was error, therefore, to submit this question to the jury as bearing upon the claim of the defendant's negligence. This error is serious enough to require a reversal of the judgment and the order denying the motion for a new trial. Judgment and order reversed, and new trial granted; costs to abide the event. See, also, 155 App. Div. 278, 140 N. Y. Supp. 315.

ROSENTHAL v. BIMSTEIN. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Louis Rosenthal against Max Bimstein. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1138.

ROSENTHAL v. KASS. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by William Rosenthal against Abraham L. Kass. No opinion. Application denied, with $10 costs. Order signed.

ROSENTHAL, Respondent, v. RACHLIN, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Supplementary proceedings by Louis Rosenthal, as administrator, etc., against Rose Rachlin. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements, and matter remitted to a judge of said court to fix the time and place for the judgment debtor to appear for examination, under the orders of May 1st and May 4th.

ROTHENBERG, Respondent, v. PINES, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Phillip Rothenberg against Abraham Pines, impleaded with others. H. H. Silver, of New York City, for appellant. S. S. Kogan, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.